**Order filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00364-CR

_____

**ANTONIO JAMAL NEGRON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 403rd District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-DC-18-301189**

## ORDER

Appellant is represented by appointed counsel, Michael Chandler. Appellant's brief was originally due August 12, 2019. On September 18, 2019, we granted appellant's second extension of time to file a brief until October 11, 2019. No brief was filed. On October 14, 2019, appellant was notified the brief was past due and unless a motion to extend time was filed, the Court would take appropriate

action. No motion was filed. As of this date, appellant has had in excess of 90 days to file appellant's brief.

Accordingly, we order Michael Chandler to file a brief with the clerk of this court on or before **January 6, 2020**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel Consists of Justices Chief Justice Frost and Justices Christopher and Bourliot.